**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq., Cal. Bar No. 260264
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

**DAVTYAN PROFESSIONAL LAW CORPORATION**
EMIL DAVTYAN, Esq., Cal. Bar No. 299363
support@davtyanlaw.com
5959 Topanga Canyon Blvd., Ste. 130
Woodland Hills, California 91367
Telephone: (818) 875-2008
Fax: (818) 722-3974

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE ANN TORRES, an individual, on behalf of herself and others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>EDIBLE ARRANGEMENTS, LLC; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 5:18-cv-06610<br><br>**ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E)** |

# ORDER OF DISMISSAL

Pursuant to Plaintiff MICHELLE ANN TORRES's request for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 23(e), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to Plaintiff and the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: January 9, 2019



_____
United States Magistrate Judge